UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :

v :

                                         3:CR-12-253

DONALD DECKER :

**Defendant** :

PLEA

Now, this 19th day of October, 2012, the within named Defendant, Donald Decker having been arraigned in open Court, hereby pleads Not Guilty to the within Indictment.

_____
Defendant